**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    **Plaintiff,**<br><br>        v.<br><br>**EIMAD ASMAR**<br>        **Defendant.** | **CRIMINAL NO. 98-097 (JAF)** |

### UNITED STATES MOTION REQUESTING ORDER DIRECTING THE UNITED STATES INTERNAL REVENUE SERVICE TO IMMEDIATELY RETURN ALL OF THE DEFENDANT'S PROPERTY TO HIS WIFE, MARISOL ASMAR

TO THE HONORABLE COURT:

Plaintiff, United States of America, by its undersigned attorneys moves the Court for an Order Directing the United States Internal Revenue Service to Immediately Return all of the Defendant's Property to his Wife, Marisol Asmar.

1. On October 25, 2000, this Honorable Court issued an Order as to the defendant, Eimad Asmar granting a motion to Vacate Order of Forfeiture as to the defendant, on the basis that the defendant had died.

2. Despite this Order, the United States Internal Revenue Service still has within its possession certain property which it seized during the course of its investigation of the defendant.

WHEREFORE, the United States request that the United States Internal Revenue Service be ordered to immediately return any and all property seized from defendant and currently within its possession to the defendant wife, Marisol Asmar.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filling to Luis Rivera Rodriguez, Esq., Counsel for defendant, via electronic mail .

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 19 day of September, 2005.

H. S. GARCIA
United States Attorney

S/Aramis G. Rios
Aramis G. Rios
Assistant U.S. Attorney
Torre Chardon Building Suite 1201
#350 Carlos Chardón St.
Hato Rey, PR  00918
Tel: 787  766-5656
Fax: 787 766-5398