IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>EIMAD ASMAR<br>Defendant. | CRIMINAL NO. 98-097 (JAF) |

## ORDER

WHEREAS the defendant in this case is deceased;

WHEREAS the forfeiture in this case was vacated on October 25, 2000;

WHEREAS the United States Internal Revenue Service still has within its possession certain property seized from the defendant;

IT IS HEREBY ORDERED:

1.  That the United States Internal Revenue Service immediately return any property within its possession seized from the defendant to his wife, Marisol Asmar.


_____
JOSE A. FUSTE
UNITED STATES DISTRICT JUDGE