## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff,

    v.                                                  CRIMINAL NO. 98-097 (JAF)

EIMAD ASMAR
        Defendant.

## ORDER

WHEREAS the defendant in this case is deceased;

WHEREAS the forfeiture in this case was vacated on October 25, 2000;

WHEREAS the United States Internal Revenue Service still has within its possession

certain property seized from the defendant;

IT IS HEREBY ORDERED:

1.    That the United States Internal Revenue Service immediately return any property

within its possession seized from the defendant to his wife, Marisol Asmar.


                S/JOSE A. FUSTE
                JOSE A. FUSTE
                UNITED STATES DISTRICT JUDGE