IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　Plaintiff,<br><br>　　　　v.<br><br>EIMAD ASMAR<br>　　　　Defendant. | CRIMINAL NO. 98-097 (JAF) |

### ORDER

WHEREAS the defendant in this case is deceased;

WHEREAS the forfeiture in this case was vacated on October 25, 2000;

WHEREAS the United States Internal Revenue Service still has within its possession certain property seized from the defendant;

IT IS HEREBY ORDERED:

1.　　That the United States Internal Revenue Service immediately return any property within its possession seized from the defendant to his wife, Marisol Asmar.

　　　　　　　　　　　　　　　　　　　　　S/JOSE A. FUSTE
　　　　　　　　　　　　　　　　　　　　JOSE A. FUSTE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE