AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE         DISTRICT OF         PUERTO RICO

UNITED STATES OF AMERICA,                    **APPEARANCE**

v.                                           CASE NUMBER: 98-097(JAF)

EIMAD ASMAR

To the Clerk of this court and all parties of record:

     Enter my appearance as **COUNSEL** in this case for the United States of America. Additionally it is respectfully requested that electronic notification to Assistant U.S. Attorney Desiree Laborde Sanfiorenzo be terminated.


November 22, 2005                 /s/ Aramis G. Rios
*Date*                            *Signature*

                                                 *ARAMIS G. RIOS, AUSA*
                                                 *Print Name*

                                                 *Suite 1201, Torre Chardon,*
                                                 *350 Carlos Chardon Street*
                                                 *Hato Rey, Puerto Rico 00918*
                                                 *Address*

                                                 *(787) 766-5656*
                                                 Phone Number
                                                 *aramis.rios@usdoj.gov*
                                                 E-mail Address

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date November 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing.

 /s/ Aramis G. Rios
ARAMIS G. RIOS, AUSA
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
Hato Rey, Puerto Rico 00918
(787) 766-5656
E-mail Address: aramis.rios@usdoj.gov