# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NUMBER 98-97 (JAF)** |
| Plaintiff | * | |
| v. | * | |
| **EIMAD ASMAR** | * | |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## <u>*SURETIES' REQUESTING MOTION ORDER RELEASING PROPERTIES AS BAIL*</u>

**TO THE HONORABLE JUDGE JOSE A. FUSTE:**

**COMES NOW**, defendant Eimad Asmar's sureties, by and through the undersigned counsel and very respectfully **REQUEST** as follows:

1. That this Honorable Court issued an order on November 10, 2005 ordering the return of sureties' properties placed as collateral for deceased defendant Eimad Asmar.

2. That sureties Hanan Asmar, Bilal Asmar, Afif A. Elasmar, Farid A. Asmar, María Milagros De Asmar and Ghazi M Saleh respectfully request the entering of a Satisfaction of Judgment in order to discharge any liens placed on the following properties:

    A.    ***Hanan Asmar and Bilal Asmar***
            1137 Main Street
            Paterson (Passaic County)
            (Block K-1292 and Lot 15)
            New Jersey
            ***Lien for a sum of $120,000.00***

    B.    ***Afif A. Elasmar***
            112 67th Street
            West New York, (Hudson County)
            New Jersey
            ***Lien for a sum of $180,000.00***

  C. ***Hanan Asmar***
   115 Vreeland Avenue
   Clifton (Passaic County)
   (Block 017.02 and Lot 017)
   New Jersey
   ***Lien for a sum of $92,600.00***

  D. ***Farid A. Asmar and María Milagros de Asmar***
   1131 Main Street
   Paterson (Passaic County)
   (Block K-1292 and Lot 13)
   New Jersey
   ***Lien for the sum $260,000.00***

  E. ***Hanan Asmar and Ghazi M. Saleh***
   991 Main Street
   Paterson (Passaic County)
   (Block K-1229 and Lot 21)
   New Jersey
   ***Lien for the sum of $260,000.00***

3. For the convenience of the Court it is hereby enclosed a Satisfaction of Judgment for every single property.

**WHEREFORE**, it is respectfully requested that this Motion **BE GRANTED.**

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, today December 27, 2005.

**I HEREBY CERTIFY**: That I on this same date electronically filed the foregoing document with the Clerk of Court for the District of Puerto Rico, through the CM/ECF electronic filing system, which will provide notification of this filing to the United States Attorneys Office for the District of Puerto Rico and the United States Probation Office.

      ***S/LUIS RAFAEL RIVERA***
      ***LUIS RAFAEL RIVERA***
      ***USDC-PR 129411***
      ***LUIS RAFAEL RIVERA LAW OFFICE***
      CAPITAL CENTER BLDG.
      SUITE 401
      ARTERIAL HOSTOS AVENUE
      HATO REY, PUERTO RICO 00918
      PHONE: (787) 763-1780
      FAX: (787) 763-2145
      E-MAIL: lrriver@coqui.net