------------------------------X
UNITED STATES                    CASE- 98-97(JAF)

v.                               **SATISFACTION OF JUDGMENT**

EIMAD ASMAR

------------------------------X

The undersigned hereby certifies that the lien in the form of a mortgage dated May 26, 1998 placed on 1137 Main Street, Paterson (Passaic County), New Jersey (Block K-1292 and Lot 15) for the sum of $120,000.00, executed by **HANAN ASMAR AND BILAL ASMAR, MARRIED** as mortgagors to the **UNITED STATES OF AMERICA**, as mortgagee, and recorded on June 8, 1998, in the Office of the Register of the County of Passaic, State of New Jersey in Mortgage Book C-188, page 32, together with the debt secured by said mortgage, has been fully paid, satisfied, released, and discharged, and that the property secured thereby has been released from the lien of such mortgage.

**IN WITNESS WHEREOF**, the undersigned has executed this release on December _____, 2005

_____

Be it remembered that on this ___ day of December, 2005, before me, the subscriber, authorized to take acknowledgments and proof in said County and State, personally appeared _____, who I am satisfied is the individual named in and who executed the within instrument, and he acknowledged that he signed, sealed and delivered said instrument as his act and deed for the uses and purposes therein expressed.