UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA, *
 *
    Plaintiff, *
 * Criminal No. 98-097 (JAF)
v. *
 *
EIMAD ASMAR, *
 *
    Defendant. *
 *
-----------------------------------*

O R D E R

The lien in the form of a mortgage dated June 4, 1998, placed on 112 67th Street, West New York (Hudson County), New Jersey, for the sum of $180,000.00, executed by **AFIF A. ELASMAR,** as Mortgagor, to the **UNITED STATES OF AMERICA**, as Mortgagee, and recorded on June 8, 1998, in the Office of the Register of the County of Hudson, State of New Jersey, in Mortgage Book 6590, page 67, together with the debt secured by said mortgage, has been fully paid, satisfied, released, and discharged, and the property secured thereby has been released from the lien of such mortgage.

San Juan, Puerto Rico, this 20th day of January, 2006.

JOSE ANTONIO FUSTE
Chief U. S. District Judge

AO 72
(Rev.8/82)