UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Criminal No. 98-097 (JAF) |
| v. | |
| EIMAD ASMAR, | |
| Defendant. | |

O R D E R

The lien in the form of a mortgage dated June 4, 1998, placed on 1131 Main Street, Paterson (Passaic County), New Jersey (Block K-1292 and Lot 13), for the sum of $260,000.00, executed by **FARID A. ASMAR AND MARIA MILAGROS DE ASMAR, MARRIED,** as Mortgagors, to the **UNITED STATES OF AMERICA**, as Mortgagee, and recorded on June 8, 1998, in the Office of the Register of the County of Passaic, State of New Jersey, in Mortgage Book C-188, page 18, together with the debt secured by said mortgage, has been fully paid, satisfied, released, and discharged, and the property secured thereby has been released from the lien of such mortgage.

San Juan, Puerto Rico, this 20th day of January, 2006.

JOSE ANTONIO FUSTE
Chief U. S. District Judge

AO 72
(Rev.8/82)