UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

 Plaintiff,

v.

EIMAD ASMAR,

 Defendant.

Criminal No. 98-097 (JAF)

**ORDER**

The lien in the form of a mortgage dated June 4, 1998, placed on 991 Main Street, Paterson (Passaic County), New Jersey (Block K-1229 and Lot 21), for the sum of $260,000.00, executed by **HANAN ASMAR AND GHAZI M. SALEH, MARRIED,** as Mortgagors, to the **UNITED STATES OF AMERICA**, as Mortgagee, and recorded on June 8, 1998, in the Office of the Register of the County of Passaic, State of New Jersey, in Mortgage Book C-188, page 39, together with the debt secured by said mortgage, has been fully paid, satisfied, released, and discharged, and the property secured thereby has been released from the lien of such mortgage.

San Juan, Puerto Rico, this 20th day of January, 2006.

JOSE ANTONIO FUSTE
Chief U. S. District Judge

AO 72
(Rev.8/82)